**YVETTE WEINSTEIN**
Trustee in Bankruptcy
6450 Spring Mountain Rd., Ste 14
Las Vegas, NV 89146
(702) 364-8919

**E-FILED 10/29/09**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S 08-20966 LBR |
| TOVAR, ADRIANA CLARISSA | IN PROCEEDINGS UNDER CHAPTER 7 |
| | **ABANDONMENT** |
| Debtor(s). | |

TO: ALL PARTIES IN INTEREST

    PLEASE TAKE NOTICE that in accordance with the provisions of 11 U.S.C. 554(a) and based on the information currently available to the Trustee, the Trustee herein has given parties in interest notice of an opportunity for a hearing and notice of her intention to abandon hereinafter described property. The Trustee has received no objections to her proposal of abandonment. Accordingly, the Trustee herein abandons the following property generally described as:  **1036 WILLOW TREE DRIVE, UNIT C, LAS VEGAS, NEVADA  89128**

DATED:  10/29/09            */s/ Yvette Weinstein*
                                      Yvette Weinstein, Trustee in Bankruptcy